**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| NICHOLAS DEAN,<br><br>  Plaintiff,<br><br>v.<br><br>CHARLES EASTERLING, *et al.*,<br><br>  Defendants. | Case No. 3:19-cv-566-TJC-JRK |

**DEFENDANT EASTERLING'S CERTIFICATE OF COMPLIANCE**
**WITH LOCAL RULE 3.01(g)**
**(Related Doc. 7, 12)**

**COMES NOW** Defendant Charles Easterling, by and though undersigned counsel, pursuant to Magistrate Judge Klindt's September 13, 2019 Order (Doc. 12), and hereby certifies that the undersigned Counsel has complied with Local Rule 3.01(g) in connection with Defendant Easterling's Motion for Katie Schwartzmann to Appear Pro Hac Vice (Doc. 7), and in support thereof, states the following:

1. On August 30, 2019, Defendant Easterling filed his Motion for Katie Schwartzmann to Appear Pro Hac Vice (Doc. 7) ("Motion").

2. The Motion failed to include a certificate of conferral, as required by Local Rule 3.01(g).

3. Therefore, on September 13, 2019, Magistrate Judge Klindt entered an Order, taking the motion under advisement and directing Defendant Easterling to file a certificate of compliance with Local Rule 3.01(g) on or before September 23, 2019. (Doc. 12).

1

4. Pursuant to Local Rule 3.01(g), the undersigned Counsel certifies that this afternoon, undersigned Counsel conferred with Plaintiff's Counsel via telephone and email about the relief sought in the Motion.

5. Plaintiff opposes the Motion and intends to file a response in opposition to it.

Dated September 17, 2019.                **THE BONDERUD LAW FIRM, P.A.**

*/s/ Andrew Bonderud*
Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
(904) 438-8082 (Office)
(904) 800-1482 (Facsimile)
BonderudLaw@gmail.com
Andrew@Jax.Lawyer
*Counsel for Defendant Charles Easterling*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this date, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing via email to:

Augustus Invictus, Esq.
Florida Bar No. 98586
The Law Office of Augustus Invictus, Esq.
44489 Town Center Way, Suite D478
Palm Desert, CA 92260
InvictusPA@protonmail.com
*Counsel for Plaintiff*

Charles D. Tobin, Esq.
Ballard Spahr LLP
1919 K St. NW, 12th Floor
Washington, DC 20006
TobinC@ballardspahr.com
*Counsel for Defendant Advance Local Media, LLC*

*/s/ Andrew Bonderud*
Attorney