**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | | |
|---|---|---|
| NICHOLAS DEAN | ) | Civil Action No. 3:19-cv-566 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CHARLES EASTERLING | ) | |
| | ) | |
| and | ) | |
| | ) | |
| ADVANCE LOCAL MEDIA, LLC | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION TO STRIKE APPEARANCE BY COUNSEL**

Nicholas Dean, Plaintiff in this matter, moves by and through the undersigned counsel to strike the appearance of Katie Schwartzmann specifically and the American Civil Liberties Union generally as attorney for Charles Easterling and further moves that this attorney and all attorneys from the ACLU be disqualified from representing Charles Easterling in this matter.

The grounds for the motion are that Ms. Schwartzmann and the ACLU have an incurable, office-wide conflict of interest in representing Defendant Charles Easterling. The facts in support of this contention are:

1.   The Complaint in this action arises out of defamation of Plaintiff by Defendant Easterling in May 2017, which defamation was intended to cost Plaintiff his employment.

2.   Plaintiff believed his appearance at a political rally was a First Amendment issue, and he sought the counsel of the ACLU of Louisiana in May 2017.

3.      Attached to this Motion is an affidavit from the Plaintiff, explaining how he came

to contact the ACLU and form an attorney-client relationship with that

organization.

4.      The American Civil Liberties Union is therefore prohibited from representing Mr.

Easterling because of a conflict of interest.

5.      Because Ms. Schwartzmann works for the American Civil Liberties Union, she is

also prohibited from representing Mr. Easterling, due to an incurable, office-wide

conflict of interest.

5.      Mr. Dean never waived this or any conflict of interest regarding his attorney-

client relationship with the ACLU.

WHEREFORE Plaintiff Nicholas Dean moves this Honorable Court to strike the

appearance of the American Civil Liberties Union generally and Ms. Katie Schwartzmann

specifically and to disqualify all attorneys from the ACLU from representing Defendant

Easterling in the present case.

Dated: October 3, 2019                          Respectfully submitted,

                                                /s/ Augustus Invictus
                                                Augustus Invictus, Esq. – Trial Counsel
                                                Florida Bar No. 98586
                                                The Law Office of Augustus Invictus, Esq.
                                                424 E. Central Blvd., Ste. 154
                                                Orlando, Florida 32801
                                                Phone: (310) 824-3725
                                                Email: InvictusPA@protonmail.com
                                                Attorney for Plaintiff