UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | | |
|---|---|---|
| NICHOLAS DEAN | ) | Civil Action No. 3:19-cv-566 |
| Plaintiff, | ) | |
| v. | ) | |
| CHARLES EASTERLING | ) | |
| and | ) | |
| ADVANCE LOCAL MEDIA, LLC | ) | |
| Defendants. | ) | |

## AFFIDAVIT

I, Nicholas Dean, state that the following is true and correct:

1. I was first made aware of the photograph at issue by Ms. Meg Garvey, who texted it to me the morning it was published.

2. Ms. Garvey was an attorney for the Louisiana Center for Children's Rights (LCCR) who worked with child advocates.

3. I had done lengthy work with the LCCR over the previous three years.

4. During the escalation of the media event, Ms. Garvey said I should reach out to the ACLU and gave me a male's contact, but I don't recall his name.

5. I contacted Ms. Garvey's referral at the ACLU with the expectation that the information I shared would be confidential and would not be used against me at some point in the future.

6. I did not expect that the ACLU would decline to take my case and then take the case of the person who had instigated the case to begin with.

7. The ACLU declined to take the case.

8. My attorney advised me that the ACLU recently took the case of Charles Easterling.

9. Charles Easterling was associated the LCCR, and presumably came into contact with the ACLU through them, as well.

10. I do not feel comfortable with the ACLU taking the case of the very person who defamed me to begin with.

11. I never consented to the ACLU representing Charles Easterling, and I never waived any conflict of interest.

I UNDERSTAND that any false statement(s) of a material fact contained herein may serve as the basis of prosecution and conviction for perjury or making false statements.

FURTHER, I CERTIFY that all questions contained herein have been answered and are true and correct to the best of my knowledge and belief.

_____
Nicholas Dean

STATE OF FLORIDA
COUNTY OF ST. JOHN'S

THE FOREGOING INSTRUMENT WAS ACKNOWLEDGED BEFORE ME THIS 3rd DAY OF October 2019 BY Nicholas Dean

WHO IS PERSONALLY KNOWN TO ME OR WHO HAS PRODUCED FL Drivers License AS IDENTIFICATION AND WHO (DID) (DID NOT) TAKE AN OATH.

_____
NOTARY PUBLIC

MY COMMISSION EXPIRES: 6/25/21

Heather Taylor
Commission # GG118582
Expires: June 25, 2021
Bonded thru Aaron Notary