**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

NICHOLAS DEAN,

        Plaintiff,

v.                                    Case No. 3:19-cv-566-J-32JRK

CHARLES EASTERLING, also known as
Abdul Aziz; Nuckyt1920; Crescent
Unmanned Systems, LLC, and
ADVANCE LOCAL MEDIA, LLC, also
known as The Times-Picayune;
NOLA.com; NOLA Media Group; NOLA
Media Group LLC; NOLA Media Group
L.L.C.; Advance Media Southeast LLC,

        Defendants.
_____/

## O R D E R

This cause is before the Court on Defendant Charles Easterling's Motion for Katie Schwartzmann to Appear *Pro Hac Vice* (Doc. No. 7; "Motion"), filed August 30, 2019. On September 17, 2019, Defendant Easterling filed a Certificate of Compliance with Local Rule 3.01(g), United States District Court, Middle District of Florida (Doc. No. 16; "Certificate") pursuant to the Court's Order (Doc. No. 12), entered September 13, 2019. The Certificate indicates Plaintiff opposes the relief requested in the Motion. Certificate at 2.

On September 18, 2019, the Court entered an Order (Doc. No. 17) directing Plaintiff to file a response to the Motion no later than September 27, 2019. Plaintiff failed to comply. Accordingly, the Court entered an Order to Show Cause (Doc. No. 19) on September 30,

2019 directing Plaintiff to file a response to the Motion and show cause why it should not be granted.

Apparently in response to the Order to Show Cause, Plaintiff filed a Motion to Strike Appearance by Counsel (Doc. No. 20; "Motion to Strike") on October 3, 2019. Observing that it is inappropriate to respond to a motion by filing a motion seeking affirmative relief, the Court struck the Motion to Strike and directed Plaintiff to file a response to the Motion and a written show cause response no later than October 15, 2019. See Order (Doc. No. 21), entered October 7, 2019. On October 15, 2019, Plaintiff filed his Response to Order to Show Cause (Doc. No. 23) indicating that he no longer opposes the Motion.

Based on the foregoing, it is

**ORDERED**:

1. The Motion for Katie Schwartzmann to Appear *Pro Hac Vice* (Doc. No. 7) is **GRANTED**.

2. Katie Schwartzmann is permitted to appear pro hac vice on behalf of Defendant Charles Easterling with Andrew M. Bonderud as local counsel.

3. Ms. Schwartzmann shall expeditiously ensure mandatory registration with the Court's electronic case filing (ECF) system, if she has not already done so.

4. The Order to Show Cause (Doc. No. 19) is **DISCHARGED**.

**DONE AND ORDERED** in Jacksonville, Florida on October 16, 2019.

*JAMES R. KLINDT*
United States Magistrate Judge

bhc
Copies:
Counsel of Record