IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

NICHOLAS DEAN,

   Plaintiff,

v.                                        Case No. 3:19-cv-0566-TJC-JRK

CHARLES EASTERLING, *et al.*,

   Defendants.

_____/

### Response on Behalf of Joseph Slaughter to Court's Order of December 11, 2019

    The undersigned counsel responds, on behalf of Joseph Slaughter, to the Court's Order of December 11, 2019 concerning Mr. Slaughter and the status of his *pro hac vice* application, which has not been submitted.

    Mr. Slaughter is presently on parental leave from the law firm of Ballard Spahr LLP following the birth of his child. He therefore will not seek the Court's permission to participate as *pro hac vice* counsel in this matter at the present time.

    The undersigned counsel sincerely apologizes for not apprising the Court sooner.

Dated: December 6, 2019                        Respectfully submitted,

                                                             **BALLARD SPAHR LLP**

                                                             */s/ Charles D. Tobin*
                                                             Charles D. Tobin
                                                             1909 K Street NW, 12th Floor
                                                             Washington, DC 20006
                                                             Telephone: (202) 661-2218
                                                             Facsimile: (202) 661-2299
                                                             tobinc@ballardspahr.com

                                                            *Attorneys for Defendant Advance Local Media, LLC*

DMEAST #39670193 v1