**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| NICHOLAS DEAN ) | Civil Action No. 3:19-cv-566 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CHARLES EASTERLING ) | |
| ) | |
| and ) | |
| ) | |
| ADVANCE LOCAL MEDIA, LLC ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF NICHOLAS DEAN**

COMES NOW AUGUSTUS INVICTUS, Counsel of Record for Plaintiff Nicholas Dean, and moves this Honorable Court for leave to withdraw as Counsel. As grounds therefore, Counsel would show the following:

1. Augustus Invictus was retained by Plaintiff Nicholas Dean for legal representation in the above-captioned matter.

2. The attorney-client relationship has been irretrievably broken.

3. A personal dispute has arisen that makes it impossible for Counsel to continue his representation of Plaintiff Dean.

4. Plaintiff Dean has been advised that there are irreconcilable differences and that the undersigned would be petitioning this Court for leave to withdraw as Counsel.

5. A succeeding attorney is not known.

6. Plaintiff Dean has been advised by the undersigned and understands that a lack of legal representation in this matter could result in negative repercussions in his case, up to and including dismissal or defeat.

7. Defendants Advance Local Media, LLC and Charles Easterling do not object to the withdrawal of the undersigned so long as Plaintiff Dean will not seek to postpone the deadlines for final briefings on Defendants' Motions to Dismiss as provided in the 09 December 2019 Order of this Court.

8. A copy of this Motion has been emailed and mailed to Plaintiff Dean along with explanations of the above.

WHEREFORE Augustus Invictus respectfully requests that this Court grant his withdrawal from representation of Plaintiff Nicholas Dean.

CONSENTED TO:

*/s/ Nicholas Dean*
_____
Nicholas Dean
787 Swiss Oaks Court
St. Johns, Florida 32259

Dated: December 30, 2019              Respectfully submitted,

/s/ Augustus Invictus_____
Augustus Invictus, Esq. – Trial Counsel
Florida Bar No. 98586
The Law Office of Augustus Invictus, Esq.
424 E. Central Blvd., Ste. 156
Orlando, Florida 32801
Phone: (310) 824-3725
Email: InvictusPA@protonmail.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 30 December 2019, I filed the foregoing document with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing via email to:

Katie Schwartzmann, Louisiana Bar Roll No. 30295
The American Civil Liberties Union-F of Louisiana
P.O. Box 56157
New Orleans, La 70156
(504) 522-0628 x 125
kschwartzmann@laaclu.org
Attorney for Defendant Easterling

Andrew M. Bonderud, Esq.
Florida Bar No. 102178
301 W. Bay Street, #1433
Jacksonville, FL 32202
(904) 438-8082 (Office)
(904) 800-1482 (Facsimile)
BonderudLaw@gmail.com
Andrew@Jax.Lawyer
Attorney for the Defendant Easterling

Charles D. Tobin, Esq.
Ballard Spahr LLP
1919 K St. NW, 12th Floor
Washington, DC 20006
TobinC@ballardspahr.com
Counsel for Defendant Advance Local Media, LLC

                                                     /s/ Augustus Invictus
                                                     Attorney for Plaintiff